IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEMOCRATIC PARTY OF NEW MEXICO,
WILLIE MARQUEZ (registered voter) and
JONAS RANE (registered voter),

        Petitioners,

v.                                         CIV 12-1061 KBM/ACT

DIANNA DURAN, in her official capacity
as New Mexico Secretary of State,

        Respondent.

## ORDER

WHEREAS, this matter came on for consideration upon the Court's own motion to request a response to the Petition from Respondent and a supplemental brief from Petitioners, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that a Response to the Petition shall be timely filed on or before Friday, October 19, 2012 at 5:00 p.m.

**IT IS FURTHER ORDERED** that Petitioners shall file a supplemental brief on or before Friday, October 19, 2012 at 5:00 p.m., addressing the issues in the Petition in greater detail, including what effect the requested relief would have on the voting in the present general election.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE