IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEMOCRATIC PARTY OF NEW MEXICO,
WILLIE MARQUEZ (REGISTERED VOTER),
JONES RANE (REGISTERED VOTER),

    Plaintiffs

vs.                                      No. CIV 12-1061 JB/ACT

DIANNA DURAN, in her official capacity as
New Mexico Secretary of State,

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the parties' Stipulated Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed June 7, 2013 (Doc. 19), in which the parties stipulated that the case should be dismissed without prejudice. Because the Stipulated Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) disposes of all claims and parties before the Court, the Court now enters final judgment.

**IT IS ORDERED** that the Plaintiffs Democratic Party of New Mexico, Willie Marquez, and Jones Rane's claims and case are dismissed without prejudice, and final judgment is entered.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

David K. Thompson
Thompson Law Office, LLC
Santa Fe, New Mexico

--and--

- 2 -

John V. Wertheim
Jones, Snead, Wertheim & Wentworth, P.A.
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Robert M. Doughy, III,
Doughty & West, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*